UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, FRANCIS P. DIMENNA,
ROBERT SHAW and RUSSELL SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**ORDER FOR TURN-OVER OF FUNDS**

08-MC-0091 (DRD)

Plaintiffs,

-against-

CAR-WIN CONSTRUCTION, INC.,

Defendant.
-----------------------------------------------------------------------X

**WHEREAS,** this matter having been brought to the Court by the Plaintiffs/Judgment Creditors THE ANNUITY, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C & 15D, AFL-CIO, upon a Notice of Motion to turnover funds on deposit from the account of the Defendant/Judgment Debtor at Wachovia Bank, located at 284 Dunns Mills Road, Bordentown, New Jersey, and to be paid over to Brady McGuire & Steinberg, P.C., as attorneys for the Plaintiffs/Judgment Creditors; and

**WHEREAS,** no one has appeared on behalf of the Defendant/Judgment Debtor or Wachovia Bank; and

**WHEREAS,** it appears to the Court that a Certificate of Service of the Notice of Motion and Supporting Affidavit to Turnover Funds has been filed herein;

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:** That Wachovia Bank pay to "Brady McGuire & Steinberg, P.C. as Attorneys" the sum of $41,456.54 which has been levied upon.

**IT IS FURTHER ORDERED** that a copy of this Order be served by the moving party upon all other parties or their attorneys of record, if any no later than _February 20, 2009_, ~~2008~~ and the Clerk of the Court is directed to enter this Order forthwith.

Dated: Newark, New Jersey
~~June ___, 2008~~
February 10, 2009

SO ORDERED:

_____
Dickinson R. Debevoise, U.S.D.J.